## UNITED STATES COURT OF INTERNATIONAL TRADE

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :
:
:
Wind Tower Trade Coalition                                  :
:
:
          Plaintiffs,                       :
:
      v.                                               :    Court No. 21-00580
:
:
United States,                                              :
:
          Defendant.                         :
:
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - :

## <u>ORDER OF DISMISSAL</u>

        Upon consideration of all papers filed in this action, and the plaintiff's failure to file a complaint within the period prescribed by 19 U.S.C. § 1516a, it is hereby ordered that this action is dismissed for lack of prosecution pursuant to USCIT Rules 41(b)(2) and 82(b)(7).


                                       Mario Toscano
                                       Clerk of the Court


                      By:    <u>/s/ Scott Warner</u>
                                Deputy Clerk


Date:  December 20, 2021
       New York, New York